SMIETANKA v. INDIANA STEEL CO. (Circuit Court of Appeals, Seventh Circuit. December 16, 1921.) No. 2844. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Action by the Indiana Steel Company against Julius F. Smietanka, Collector of Internal Revenue for the First District of Illinois. Judgment for the plaintiff, and defendant brings error. Reversed, with direction to dismiss the case, in conformity to answers by the Supreme Court to certified questions. 256 U. S. ——. 42 Sup. Ct. 1, 66 L. Ed. ——. James R. Glass, of Chicago, Ill., for plaintiff in error. William Beye, of Chicago, Ill., for defendant in error. Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. In view of the answers given by the Supreme Court to the questions certified by this court, the judgment is reversed, with the direction to the District Court to dismiss the case as against the plaintiff in error.

---

SOCORRO MINING & MILLING CO. v. BEARUP. (Circuit Court of Appeals, Eighth Circuit. September 9, 1921.) No. 5725. In Error to the District Court of the United States for the District of New Mexico. Percy Wilson, of Silver City, N. M., for plaintiff in error. James G. Fitch, of Socorro, N. M., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, for want of prosecution.

---

STEINSNYDER v. MORNINGSTAR. (Circuit Court of Appeals, Fourth Circuit. January 2, 1922.) No. 1943. On Petition to Superintend and Revise, Order of the District Court of the United States for the District of Maryland, at Baltimore. Randolph Barton, Jr., of Baltimore, Md., for petitioner. Sylvan Hayes Lauchheimer, of Baltimore, Md., for respondent.

PER CURIAM. Cause dismissed, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii). per agreement of attorneys.

---

SULLIVAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 7, 1921.) No. 5668. In Error to the District Court of the United States for the Western District of Arkansas. Ben Cravens and Ira D. Oglesby, both of Ft. Smith, Ark., for plaintiff in error. Steve Carrigan, of Hope, Ark., and J. S. Holt, of Ft. Smith, Ark., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on stipulation suggesting death of plaintiff in error.

---

UNITED STATES ex rel. NEWMAN v. WALLIS, Immigration Com'r. (Circuit Court of Appeals, Second Circuit. December 15, 1921.) No. 119. Appeal from the District Court of the United States for the Southern District of New York. Application for writ of habeas corpus by the United States, on the relation of Barol Newman, against Frederick A. Wallis, Commissioner of Immigration of the Port of New York. From an order dismissing the writ, relator appeals. Affirmed. Morris Jablow, of New York City, for appellant. William Hayward, of New York City, for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.